**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Joyce Reece and Zachary Pettit

Appellate case number:   01-21-00014-CV

Trial court case number:  2017-49867

Trial court:                    281st District Court of Harris County


Relators, Joyce Reece and Zachary Pettit, have filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest. **The response, if any, is due to be filed with this Court no later than 20 days of the date of this order.**

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___January 21, 2021_____